IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                      CR. No. 14-3532 KG

JARED CLAYTON McCOMAS and
LEANNE VERONICA CHAVERIN,

    Defendants.

## ORDER DENYING MOTION TO SUPPRESS

This matter comes before the Court on Defendants' Motion to Suppress and Memorandum in Support Thereof (Motion to Suppress), filed December 31, 2014. (Doc. 46). The Government responded on January 14, 2015. (Doc. 50).

On March 3, 2015, the Court held an evidentiary hearing on the Motion to Suppress. Anna Wright represented the Government. Jess Lilley represented Defendant Jared Clayton McComas, who was present at the hearing, while Steve Sosa represented Defendant Leanne Veronica Chaverin, who was also present at the hearing. After hearing the evidence at the evidentiary hearing and after considering oral and written arguments of counsel, the Court finds and concludes for the reasons stated on the record that the Motion to Suppress will be denied.

IT IS, THEREFORE, ORDERED that the Motion to Suppress and Memorandum in Support Thereof (Doc. 46) is denied.

_____
UNITED STATES DISTRICT JUDGE